IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ROBERT EUGENE COPELAND, JR.,

                Plaintiff,

v.

JAMIE KELLER,

                Defendant.

OPINION and ORDER

25-cv-280-jdp

---

Plaintiff Robert Eugene Copeland, Jr., proceeding without counsel, filed this lawsuit in the United States District Court for the Eastern District of Wisconsin against Green County officials concerning medical care for a cervical spine condition. The Eastern District court granted Copeland leave to proceed on Eighth Amendment claims against defendant Nurse Jamie Keller, Dkt. 10, and later granted Keller's motion to transfer the case to this court, Dkt. 21.

Keller now moves to dismiss the case for Copeland's failure to prosecute it. Dkt. 34.[1] She states that Copeland has repeatedly failed to respond to her discovery requests. Copeland initially changed addresses (he was released from jail) without notifying the court. *See* Dkt. 26 (the court's May 15, 2025 order was returned as undeliverable). Even after he contacted the court with an updated address, he did not respond to Keller's motion to dismiss. I conclude that Copeland has failed to prosecute this case, so I will grant Keller's motion to dismiss the case with prejudice.

---

[1] Dkt. 34 is an amended version of the motion to dismiss in which Keller fixed an error in the motion's title.

ORDER

IT IS ORDERED that:

1. Defendant's motion to dismiss, Dkt. 34, is GRANTED. This case is DISMISSED with prejudice.

2. The clerk of court is directed to enter judgment for defendant and close this case.

Entered November 13, 2025.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge